**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Cevero Garcia
Louisiana State Penitentiary DOC No. 368938
Camp D, Eagle 3
Angola LA 70712

**REHEARING ACTION: July 18, 2018**

**Docket Number: 18   00243-KH**

**STATE OF LOUISIANA**
**VERSUS**
**CEVERO GARCIA**

**Writ Application from Calcasieu Parish Case No. 13063-95**

**BEFORE JUDGES:**

> **Hon. Shannon J. Gremillion**
> **Hon. Phyllis M. Keaty**
> **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Cevero Garcia** has this day been

> **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent